# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Tele-Consultants, Inc. ) | ASBCA No. 61378 |
| ) | |
| Under Contract No. N00178-05-D-4611 ) | |

APPEARANCE FOR THE APPELLANT: James S. DelSordo, Esq.
Argus Legal, PLLC
Manassas, VA

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
DCMA Chief Trial Attorney
Kara M. Klass, Esq.
Trial Attorney
Defense Contract Management Agency
Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 7, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61378, Appeal of Tele-Consultants, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals